## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

———————————————————————:
                                                      :
MATTHEW SMITH                       :
                                                      :
Plaintiff,                                   :
                                                      :      Case No. 17-cv-673
v.                                              :
                                                      :
APARTMENT INVESTMENT AND      :
MANAGEMENT COMPANY,           :
d/b/a "AIMCO" d/b/a "BUTTERNUT  :
CREEK APARTMENTS,"               :
                                                      :
Defendants.                             :
———————————————————————:

## MOTION TO RE-OPEN LAWSUIT FOR LIMITED PURPOSE OF ENTERING ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Smith hereby respectfully requests that the Court re-open this matter for the limited purpose of entering an Order of Dismissal With Prejudice of all Claims in the above-captioned matter.  In support thereof, Plaintiff states as follows:

1.      On July 26, 2017, Plaintiff filed the above-captioned case against Defendant for employment discrimination based on sex, in violation of Title VII of the Civil Rights Act, 42 USC § 2000e-2 and Michigan's Elliott-Larsen Civil Rights Act, MCL § 37.2202, and for retaliation for opposing same in violation of 42 USC § 2000e-e and MCL § 37.2701 (the "Lawsuit").

2.      On September 13, 2017, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to Pursue Binding Arbitration.  The Court entered an order of dismissal without prejudice and administratively closed the case.

3.  Plaintiff and Defendant have reached a mutually satisfactory resolution of Plaintiff's claims in the Lawsuit.

4.  Plaintiff, therefore, respectfully requests that the Court lift the administrative closure of the Lawsuit, issue an Order of Dismissal with Prejudice of all Claims in this Lawsuit, and enter a final Order closing the case, with each party to bear his or its own attorneys' fees and costs.

Dated:  February 22, 2018

Respectfully submitted:


_____/s/ Collin H. Nyeholt_____
Collin H. Nyeholt (P74132)
Law Offices of Casey D. Conklin, PLC
4084 Okemos Road, Suite B
Okemos, MI 48864
Phone: 517-332-3390
Fax: 517-853-0434
Collin@caseydconklin.com

**ATTORNEYS FOR PLAINTIFF**
**MATTHEW SMITH**